No. D–1416. IN RE DISBARMENT OF MEYER. It is ordered that Gary Kenneth Meyer, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–404. GUSTAFSON ET AL. v. ALLOYD CO., INC., FKA ALLOYD HOLDINGS, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 510 U. S. 1176.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–1286. AMERICAN AIRLINES, INC. v. WOLENS ET AL. Sup. Ct. Ill. [Certiorari granted, 511 U. S. 1017.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–7407. O'NEAL v. MCANINCH, WARDEN. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1017.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 93–823. NEBRASKA DEPARTMENT OF REVENUE v. LOEWENSTEIN. Sup. Ct. Neb. [Certiorari granted, 510 U. S. 1176.] Motion of Dreyfus Corp. for leave to file a brief as *amicus curiae* granted.

No. 93–1612. NATIONSBANK OF NORTH CAROLINA, N. A., ET AL. v. VARIABLE ANNUITY LIFE INSURANCE CO. ET AL.; and
No. 93–1613. LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. v. VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. C. A. 5th Cir. [Certiorari granted, 511 U. S. 1141.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 93–1660. ARIZONA v. EVANS. Sup. Ct. Ariz. [Certiorari granted, 511 U. S. 1126.] Motion for appointment of counsel granted, and it is ordered that Carol A. Carrigan, Esq., of Phoenix, Ariz., be appointed to serve as counsel for respondent in this case.